RECEIVED
AUG 07 2015
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

SUPREME COURT STATE OF NEW YORK
COUNTY OF NEW YORK

Robert Jones, Claimant

-against-

Bill de-blasio "Mayor" City of New York Municipal Corporation; Jason Turner, Commissioner Human Resources Administration. "HRA"; John/Jane Doe Commissioner Department of Social Services "DSS" ; Rockaway House LLC, Three-Quarter House John/Jane Doe Director for the Real Affordability for All Corporation.

Respondants

NOTICE OF CLAIM
index ________

15CV 6291

RECEIVED
SDNY PRO SE OFFICE
2015 AUG 11 A 9:23

Claimant Robert Jones Pro-se for his claim allege as Follows:

## NATURE OF ACTION

1). On January 27, 2012 throughout May 21, 2015. and all other times relevant herein, claimant was illgally and Unlawfully subjected to Racial and Economic Discrimination based On Race, Color, and Financial Statute.

2). Respondants Bill de-Blasio "Mayor" City of New York Jason Turne Commissioner for the City of New York Human Resources Administration "HRA", John/Jane Doe Commissioner for the City of New York Department of Social Services "DSS" John Doe Director for the Rockaway House LLC "Three Quarter House" John/Jane Doe for the Real Affordability For All Corporation et al,et seq.

3). Did during all times relevant herein knowingly and willfully with an act of deliberate indiffrence to claimants entitled want of Federally Funded Programs, Benefits and Services pursuant to Public Health and Welfare, chapter 119, Mckinney Vento Homeless Assistance Act title 42 U.S.C. §§ 11301,11381 and 11389 §§ 24 CFR former §§ 960. 212-213 (a)(2). For which he was wrongfully. discriminated against based on Race, Color and Economic Statute.

4). That from January 27,2012 throughout May 21, 2015. Claimant Robert Jones a homeless person and recidivist whom suffered mental illness after 12 years of incarceration 1999-2011 meets all the qualifications to be in receipt of all relevant federal Program, Benefit and Services in accordance with Americans with Disabilities Act "ADA" 42 U.S.C. §§ 12101-12134.

5). Rehabilitation Act "RA" title 29 U.S.C. §§ 501 and 794. also in accordance with Fair Housing Act 42 U.S.C. §§ 3601 United States Housing Act 42 U.S.C. §§ 1401, entitle want of Programs, Benefit and Services pursuant to Title XVI of the Social Security Act 42 U.S.C. §§ 1381, 1383 (c), 42 U.S.C. §§ 405 (g) denial of Social Security Income Benefits "SSI" and 42 U.S.C. §§ 423 (d).

6). Disabilities in light of listing pursuant to §§ 112.08, 20 CFR 404 sub pt.p. app 1 §§ 112.08. Lumbar Spine Sciatica left hip/thigh, Orthopedic hardware broken and painful Right knee, Kidney Disease, Hepatitis A,B and C viral infection of the liver.

Chronic Posttraumatic Stress Disorder, Anxiety, Depression, Anti-Social Personality Disorder, use of Anti-Psychotic medication Respirdol "RDSD-1035", Prozca 80mgs, Ateracz 100mgs for sleep disorder.

7). Claimant Robert Jones invokes all right as a United States Citizen pursuant to title 42 U.S.C. §§ 1981, 1982, and 1983 to redress the deprivation under Color of State Law, due process clause of Article 1 §§ 6 New York State Constitution.

8). Statute, Ordinance, Regulation, Custom, or Usage of a Right, Privilege, or Immunity Secured by the constitution and laws of the United States or any act of Congress Providing for Equal Right to Acquire all Right as held in ¶¶ 1-7 and 8.

FACTS

9). On january 15,2015 Claimant was released from State of New York, Department of Correction and Community Supervision "DOCSS" to the custody of the Division of State Parole.

10). Claimant was directed by parole to the Narco-freedom three-quarter house temparary shelter. located at 367 Howard Ave Bklyn N.Y. 11233. Claimant maintains such placement by parole did violate standard Division of Parole Procedure in violation of title 42 U.S.C. §§ 11301-11389 "Prefrence for Public Housing," Supportive Housing et al,et seq.

11). Claimant after being informed by Narco-freedom House staff that the Narco-freedom Program was under Criminal Federal Investigation for Tax Fraud, Medicaid Fraud, and misapproriation

Of Government Funding for which the Narco-freedom Director was under arrest.

12). Claimant sough more suitable housing and program Services with the Bklyn based Rockaway House LLC, which manages serveral residence of a type that have come to be called program House three-quarter house located at 949 Hendrix Street in the East New York section of Bklyn.

13). Claimant On January 16,2015 met with house manager Rick Davis and was presented with a dozen or more forms which claimant signed. said forms adviseed claimant that he would be placed in a Program House".

14). House rule included a list of 10 rules prefaced by a declaration that "I understand I am living in a temparary shelter "Approved by Parole" this is not my permanent residence, 10 rule included a ban on visitors, daily curfew, prohibitation on Drug and Alcohol.

15). Claimant was reqiured to attend daily outpatien Substance Abuse Treatment Groups at the "NetWork Services" for Which he would consent to randum urine testing, receive mental health care and treatment for his chronic Posttraumatic Stress, Disorder, Anxiety, Depression, Anti- Social Personality Disorder.

16). That required prescription anti-Psychotic medication Respirdol "RDSD" "1035" Prozac 80mgs, Ateracz 100mgs daily also provided by "NetWork Services".

17). Violation of the Rockaway House Rule would result in discharge from the program, failure to comply with outpateint Substance Abuse Treatment would result in discharge from the Rockaway House Program and Services as the Rockaway House and the Network Services are directly affillated.

18). Claimant while at the Rockaway House 949 Hendrix Street location was assigned to a far right bottom bunk in the right room on the first floor for which he was also assigned closet space.

19). Rockaway House did not provide this residence to claimant for free instead Hendrix Street location charged $ 1215 dollars per month, coincidenally equal to the maximum sum that the City of New York pays as a shelter allowance for a single adult.

). Paid to the Rockaway House 949 Hendrix Street location by the City of New York, Human Resources Administration "HRA" through its Department of Social Services "DSS" the basis for HRA and or DSS determination to make these payments to the Rockaway House. on claimants behalf was do to his disenfranchise economic past.

). According to infomation and belief that either before or after approving payment HRA/DSS either reviewed the Rockaway House Hendrix Street forms or inspected the premies.

). On March 12,2015. Claimant while at the Rockaway House 949 Hendrix Street location was asleep in his bottom bunk at awakened by Rick Davis House manager and tolded that the police were their and that he was required to exit the premises

23). Claimant upon seeing the police officers feared that if he did not leave he would be beaten or arrested for violation of House Rules, claimant was however physically taken off the premises handcuffed and placed in to an unmarked police car.

24). Subsequently claimant was taken to the 71st Pct and interrogated for over ten hours before being placed under arrest for an Burglary which was unrelated to the Rockaway House incident.

25). From March 12, 2015 throughout May 21, 2015. Claimant after being held in the City of New York. Department of Correction "DOC" Custody received notice that he had been evicted from the Rockaway House Program for failure to pay rent and non-program attendance "Drug Treatment".

26). Resulting with violation of Americans with Dis-ability. Act "ADA" title 42 U.S.C. §§ 12101-12213 "Access to Program without Discrimination" Pursuant to Rehabilitation Act title 29 U.S.C. §§ 701 and 794.

27). Claimants eviction from the Rockaway House Program Hendrix Street location also deprived him of personal property namely an Apple Lap Top Computer, Brown Shearlin Jacket, Black Water Proof Shearlin Jacket, three Cell Phones, JVC Camcorder, Legal Papers, Medical Records, Clothing Paints, Boots, Shrits, et al.

28). Not maintained by house management Rick Davis in violation of New York City Administrative Code §§ 26-521 (a)

29). Which provides: that it shall be unlawful for any one to evict or attempt to evict an occupant of a dwelling unit Room who has lawfully occupied the unit/room for thirty consecutive. days or more see RPAPL §§ 711 and New York City Administrative Code §§ 26-521 (a).

30). Legislature has decreed wrongful eviction to be outside legal limits and that removal of someone from a premises must be preceded by a special proceeding failure to provide such due process of law constitutes eviction which is illegal pursuant to New York City Administrative Code §§ 26-521 (a) intentional racial discrimination violates the Fair Housing Act 42 U.S.C. §§ 3601 and 3680 (e)(5). Title VI of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000d.

31). Claimant maintains at no time relevant did he voluntary abandond or relinguish any known or right to his personal property, want of Rehabilitation Services, Benefits, or Assistance, inclding Substance Abuse Treatment, Mental Health Care and Therapy, want of Social Security Income "SSI" or any Federal Prefrence for Public Housing Programs or Services in accordance with title 42 U.S.C. §§ 11381-11389, title II of the Americans with Disabilities Act "ADA" 42 U.S.C. §§ 12101-12213 Restriction on Program Discrimination.

32). Claimant Robert Jones asserts that he during all times relevant herein January 16, 2015 throughout March 12,2015. was a lawful tenant of the 949 Hendrix Street Rockaway House LLC premises Bklyn New York 11270.

33). and that responants Rockaway House LLC via it house manager Rick Davis, Jason Turner Commissioner for the City of New York, Human Resocures Administration "HRA" et al, Wrongfully deprived claimant of personal property and possissions after eviction. Namely Apple Lap Top Computer, Shearlin Jacket Brown, Black Shearlin Jacket, JVC Camcorder, Cell Phones, Boots, Paints, Shirts Legal Documents, Medical Records et al, et seq.

34). Claimant as a license occupant of the 949 Hendrix Street "Rockaway House" as a direct result of his unlawful eviction sufferred special loss of Federally Funded Programs Benefits and Services inclding Substance Abuse Treatment, Mental Health Care, Public Assistance Benefits, Food, Clothing, and Shelter provided to other applicants similarly sitiated for which he was denied based on Race, Color, and Economic statute.

35). On July , 2015 Claimant did within 90 days of the Events allege by this Notice of Claim file with Scott M. Stringer City of New York Comptroller Office a certified Mail receipt # 7003-0500-0003-0532-9968, Notice of Claimpursuant to Municipal Law §§ 50 (e).

36). On July , 2015. Claimant did also within 90 days of the events allege by this Notice of Claim file with Zachary W. Carter. City of New York Corporation Counsel a certified mail receipt # 7003-0500-0003-0532-9975, Notice of Claim pursuant to Municipal Law §§ 50 (e).

PRAYERS FOR RELIEF

WHEREFORE : Plaintiff/Claimant seeks Injunctive and Declaratory Compenstory and Punitive Relief pursuant to and as follows:

A). Plaintiff seeks Injunctive and Declaratory Relief against all Respondants both Joinly and Serverally pursuant to title 28 U.S.C. §§ 2201.

B). Plaintiff seeks Compenstory Relief against all Respondants both Jointly ans Serverally in the sum of $ 100. 000. dollars Rockaway House LLC exclusively.

C). Plaintiff seeks Punitive Damages against Rockaway House LLC in the Sum of $ 100.000 dollars for lost personal Property, Emotional, Physical and Mental Pain and Sufferring, lost of Federal Funding Program Substance Abuse Program, Mental Health Care and Rehabilitational Therapy, Medication et al, et seq.

Sworn to before me this day of July 2015.

______________________________

Respectfully Submitted

[signature]

Robert Flores
1411502468
Otis Bantum Correctional Center
1600 Hazen Street
East Elmhurst N.Y. 11370

USM P3 SDNY

NEW YORK NY 100
05 AUG 2015 PM 3 L




John Koeltl USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

2015 AUG 11 A 9:23
SDNY PRO SE OFFICE
RECEIVED

Legal mail

10007133099