UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ROBERT JONES, and REGINALD WASHINGTON,

Plaintiffs,

-against-

BILL DEBLASIO, CITY OF NEW YORK, JASON TURNER, *Commissioner Human Resources Administration "HRA,"* JANE/JOHN DOE, *Commissioner City of New York, Department of Social Services "DSS,"* ROCKAWAY HOUSE LLC, THREE-QUARTER HOUSE, JOHN/JANE DOE, *for the Real Affordability for All Corporation,* JO-ANN B. BARNHART, *Commissioner for the City of New York, Social Security Income Administration, "SSI,"* ALPHANSO JACKSON, *Secretary of Housing and Urban Development "HUD,"* GARY D. RODNEY, *President Housing Development Co. "HDC,"* MARTIZA SILVA FARRELL AFFORDABLE RENT CO., RICK DAVIS, *Rockaway Houses LLC,* ANTHORNEY DOE, *Rockaway House LLC,* VICKI BREEN, *Commissioner of Housing Preservation and Development "HUD,"*

Defendants.
-------------------------------------------------------------------X

JUDGMENT
15-CV-4753 (KAM)

An Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on May 9, 2017, dismissing Plaintiff's claims; and directing the Clerk of Court to enter judgment and close the case; it is

ORDERED and ADJUDGED that judgment is hereby entered dismissing Plaintiff's claims; and that the case is closed.

Dated: Brooklyn, New York
June 13, 2017

Douglas C. Palmer
Clerk of Court

by: <u>*/s/ Janet Hamilton*</u>
Deputy Clerk